Case 17-23651-GLT    Doc 61    Filed 04/05/18    Entered 04/05/18 07:57:00    Desc Main
Document    Page 1 of 2

FILED
4/5/18 7:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 17-23651-GLT |
| | : | Chapter 11 |
| JIYA CO. | : | Related to Dkt. No. 51 |
| | : | |
| *Debtor*. | : | Hearing: May 3, 2018 at 11:00 a.m. |
| | : | Response: April 18, 2018 |

**ORDER TO SHOW CAUSE**
**<u>AGAINST JIYA CO.</u>**

This matter came before the Court on its *Text Order* [Dkt. No. 51] requiring the Debtor to file a proposed disclosure statement and plan of reorganization ("plan") by March 31, 2018. No plan or disclosure statement have been filed.

For the foregoing reasons, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. A hearing is set for **May 3, 2018** at **11:00 a.m.** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant St., Pittsburgh, Pa. 15219, at which an attorney or a corporate representative for JIYA Co. shall personally appear to show cause why the Court should not convert this case to a proceeding under chapter 7 of title 11 of the U.S. Code due to the Debtor's failure to comply with its *Text Order* [Dkt. No. 51] by timely filing a proposed disclosure statement and plan.

2. On or before **April 18, 2018**, the Debtor shall file any response.

Dated: April 4, 2018

GREGORY J. TADDONIO    cgt
UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to serve:</u>
JIYA Co.
Jeffrey T. Morris, Esq.
Office of the U.S. Trustee
All Parties on the Mailing Matrix